JAMES E. DOROSHOW (State Bar No. 112920)
MICHAEL D. YOUNG (State Bar No. 120787)
JAMES D. SLOAN (State Bar No. 220176)
**WESTON, BENSHOOF, ROCHEFORT,
    RUBALCAVA & MacCUISH LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000  Facsimile: (213) 576-1100
Email: jdorosho@wbcounsel.com
       myoung@wbcounsel.com
       jsloan@wbcounsel.com
Attorneys for Defendants
A.V.E.L.A., INC. dba ART & VINTAGE
ENTERTAINMENT LICENSING AGENCY;
LEO VALENCIA, an individual; CENTRAL
MILLS, INC. & URBAN OUTFITTERS, INC.

FILED
CLERK, US DISTRICT COURT
DEC 21 2006
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

DENIED

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TOHO CO., LTD,

    Plaintiff,

v.

A.V.E.L.A., INC. dba ART & VINTAGE
ENTERTAINMENT LICENSING
AGENCY; LEO VALENCIA, an
individual; CENTRAL MILLS, INC.;
URBAN OUTFITTERS, INC.; and DOES
1-10 inclusive,

    Defendant(s).

Case No.: CV06-01385 RGK (FMOx)

**[PROPOSED] ORDER MODIFYING
TRIAL DATES; STAYING
CERTAIN DISCOVERY; AND
CANCELLING DEPOSITION
NOTICES PENDING RULING BY
MDL PANEL ON COORDINATION
OR CONSOLIDATION**

[FILED CONCURRENTLY WITH
DEF. A.V.E.L.A.'S NTC. OF MTN. &
MTN. FOR (A) A SHORT CONT. OF
TRIAL DATES; (B) AN ODR.
STAYING CERTAIN DISC.; & (C) A
PROTECTIVE ODR., PENDING
RULING BY MDL PANEL ON
COORD. OR CONSOLIDATION;
MEMO. OF PTS. & AUTH. IN
SUPPORT OF DEF. A.V.E.L.A.'S
MOTION; & EVID. IN SUPPORT OF
A.V.E.L.A.'S MOTION ]

Date:    January 8, 2007
Time:    9:00 a.m.
Ctrm:    850

Honorable Judge R. Gary Klausner

Filing Date:    March 6, 2006
Trial Date:    April 3, 2007
Discovery Cut-off: February 19, 2007
Motion Cut-off:    January 19, 2007

DOCKETED ON CM
DEC 21 2006
BY _____ 053

1

884290.2

The Court, having considered the Defendant A.V.E.L.A.'S Notice Of Motion And Motion For (A) A Short Continuance Of Trial Dates; (B) An Order Staying Certain Discovery; And (C) A Protective Order, Pending Ruling By MDL Panel On Coordination Or Consolidation, supporting and opposing memoranda and evidence, [and after hearing argument of counsel], and finding good cause therefor,

IT IS HEREBY ORDERED THAT:

1) The trial date in this action shall be continued by approximately 60 days to _____;

2) All current case management dates, including but not limited to discovery cut-off, expert witness designation date, and motion cut-off, are hereby vacated, with the following new dates assigned:

-- Last Day to add parties or amend complaint
   (formerly Aug. 1, 2006):                              No change
-- Discovery cut-off (formerly Feb. 19, 2007):          _____
-- Motion cut-off (last day to file) (formerly Jan. 19, 2007): _____
-- Pretrial Conference (formerly Mar. 19, 2007):        _____
-- Jury Trial (est. 4-5 days) (formerly Apr. 3, 2007):  _____

3) No depositions shall be noticed or taken in this action until further Order of this Court, or further Order of the Court to which this matter may be transferred by the Judicial Panel on Multidistrict Litigation (MDL No. 1823 – *In re Movie Artwork Copyright Litigation*);

4) On or before January 29, 2007, the Parties shall file a joint status letter with this Court updating the Court with respect to the status of the pending MDL motion; and

5) Written and documentary discovery is not stayed.

DATED: _____

Hon. R. Gary Klausner, Judge of the United States District Court, Central District of California

2

884290.2

| | |
|---|---|
| | Respectfully submitted, |
| DATED: December 13, 2006 | JAMES E. DOROSHOW<br>MICHAEL D. YOUNG<br>JAMES D. SLOAN<br>**WESTON, BENSHOOF, ROCHEFORT, RUBALCAVA & MacCUISH LLP** |

*/s/ Michael D. Young*

Michael D. Young
Attorneys for Defendants
A.V.E.L.A., INC. dba ART & VINTAGE ENTERTAINMENT LICENSING AGENCY; LEO VALENCIA, an individual; CENTRAL MILLS, INC. & URBAN OUTFITTERS, INC.

884290.2

# PROOF OF SERVICE

I, Laura Olagues, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, CA 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On December 13, 2006, I served the document(s) described as **[PROPOSED] ORDER MODIFYING TRIAL DATES; STAYING CERTAIN DISCOVERY; AND CANCELLING DEPOSITION NOTICES PENDING RULING BY MDL PANEL ON COORDINATION OR CONSOLIDATION** on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows:

☒ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 333 South Hope Street, Los Angeles, California 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071.

☐ BY FEDERAL EXPRESS   ☐ UPS NEXT DAY AIR   ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ FEDERAL EXPRESS  ☐ UPS   ☐ Overnight Delivery [specify name of service: ] with delivery fees fully provided for or delivered the envelope to a courier or driver of  ☐ FEDERAL EXPRESS   ☐ UPS   ☐ OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at Weston, Benshoof, Rochefort, Rubalcava & MacCuish LLP, 333 South Hope Street, Los Angeles, California 90071 with delivery fees fully provided for.

☐ BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

☒ [Federal]   I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 13, 2006, at Los Angeles, California.

_Laura Olagues_
Laura Olagues

884290 2

*Toho Co., LTD. v. A.V.E.L.A., Inc. et al.*
**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT**
**Case No.: CV06-01385 RGK (FMOx)**

## SERVICE LIST

| | |
|---|---|
| Aaron J. Moss, Esq.<br>Greenberg Glusker Fields Claman<br>  Machtinger & Kinsella LLP<br>1900 Avenue of the Stars<br>Suite 2100<br>Los Angeles, California 90067-4590 | Attorneys for Plaintiff<br><br>Telephone: (310) 785-6814<br>Facsimile: (310) 553-0687 |

884290.2