JONATHAN M. GORDON (State Bar No. 082202)
SAMUEL C. TAYLOR (State Bar No. 086580)
DHEERAJ K. SINGHAL (State Bar No. 217299)
**WESTON, BENSHOOF, ROCHEFORT,
RUBALCAVA & MacCUISH LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: jgordon@wbcounsel.com
staylor@wbcounsel.com
dsinghal@wbcounsel.com

Attorneys for Defendants
A.V.E.L.A., INC. dba ART & VINTAGE
ENTERTAINMENT LICENSING AGENCY;
LEO VALENCIA, an individual; CENTRAL
MILLS, INC. & URBAN OUTFITTERS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOHO CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br> A.V.E.L.A., INC. dba ART & VINTAGE ENTERTAINMENT LICENSING AGENCY; LEO VALENCIA, an individual; CENTRAL MILLS, INC.; URBAN OUTFITTERS, INC.; and DOES 1-10 inclusive, <br><br> Defendant(s). | Case No.: CV06-01385 RGK (FMOx) <br><br> [PROPOSED] ORDER IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION TO SEEK RELIEF FROM LOCAL RULE 7-3 <br><br> Honorable R. Gary Klausner <br><br> Filing Date: March 6, 2006 <br> Trial Date: April 3, 2007 <br> Discovery Cut-off: February 19, 2007 <br> Motion Cut-off: January 19, 2007 |



1

900888.2

The Court, after considering Defendants A.V.E.L.A., Inc. d/b/a Art & Vintage Entertainment Licensing Agency ("AVELA"), Leo Valencia, Central Mills, Inc., and Urban Outfitters, Inc. (collectively, "Defendants") *Ex Parte* Application, Plaintiff Toho Co., Ltd.'s opposition, and after considering the arguments of counsel, and for good cause, hereby Orders as follows.

Defendants' *Ex Parte* Application is granted. If Defendants file a motion for summary judgment, or, in the alternative, for summary adjudication by Friday, January 19, 2007, Defendants are hereby relieved of the requirements imposed by Local Rule 7-3 that Defendants conduct a conference of counsel twenty days prior to the filing of the motion.

**IT IS SO ORDERED.**

DATED: _____

*DENY* [handwritten across signature line]

Honorable R. Gary Klausner
United States District Court Judge

[stamp: DENIED]

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | DATED: January 16, 2007 | JONATHAN M. GORDON<br>SAMUEL C. TAYLOR |
| 3 |   | DHEERAJ K. SINGAL<br>**WESTON, BENSHOOF, ROCHEFORT,<br>RUBALCAVA & MacCUISH LLP** |

SCANNED

_____
Samuel C. Taylor
Attorneys for Defendants
A.V.E.L.A., INC. dba ART & VINTAGE ENTERTAINMENT LICENSING AGENCY; LEO VALENCIA, an individual; CENTRAL MILLS, INC. & URBAN OUTFITTERS, INC.

3

900888.2

# DECLARATION OF PERSONAL SERVICE

I am employed in the County of Los Angeles, State of California, and my business address is ACE MESSENGER AND ATTORNEY SERVICE, INC., 811 Wilshire Blvd., Suite 900, Los Angeles, CA 90047. I am over the age of eighteen years and not a party to the action in which this service is made.

On January 16, 2007, I served the document(s) described as [PROPOSED] ORDER IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION TO SEEK RELIEF FROM LOCAL RULE 7-3 on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows:

Aaron J. Moss, Esq.
Greenberg Glusker Fields Claman
　Machtinger & Kinsella LLP
1900 Avenue of the Stars
Suite 2100
Los Angeles, California 90067-4590

[Check one of the following:]

☐   I personally delivered the documents to:

[specify name]: _____.

☒   I personally left the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served:

　　☒   with a receptionist or with a person having charge thereof

　　☐   in a conspicuous place in the office between the hours of nine in the morning and five in the afternoon

☐   I personally left the documents at the attorney's residence with some person of not less than 18 years of age

☐   I personally left the documents at the party's residence, between the hours of eight in the morning and six in the evening, with some person of not less than 18 years of age

☐   [State]　　I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒   [Federal]　I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2007, at Los Angeles, California.

Jose Osorie
[Name – Please Print]　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　[Signature]

900888.2